[No. 5301.  Decided March 23, 1905.]

WILLIAM H. COWLES,. *Respondent*, v. UNITED STATES FIDELITY &
GUARANTY COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Spokane
county, Richardson, J., entered November 14, 1903, in favor of the
plaintiff, upon discharging the jury after a trial on the merits.
Affirmed.

*Danson & Huneke*, for appellant.

*H. M. Stephens*, for respondent.

PER CURIAM.—This is an action upon a bond of a guaranty com-
pany, for damages growing out of the violation of a building
contract.  The case was before this court before, and an opinion
rendered thereon is reported in 32 Wash. 120, 72 Pac. 1032, 98
Am. St. 838, where a statement of facts involved can be found.
Upon the termination of the evidence in the cause, the case was
taken from the jury and judgment rendered for the plaintiff.
This appeal is from such judgment.

We have carefully examined the briefs filed in this case, and
also the record, and from the record are not inclined to interfere
with the discretion of the court in relation to the amendments
to the answer sought to be made by the appellant.  From the an-
nouncement by this court upon the former trial of this cause,
that whatever was binding upon the parties to the contract was
binding upon the surety, who becomes a party to the contract,
identified with the contractor, and the further announcement
that, in the absence of a showing of some damage, deviations
should not be allowed to avoid the contract, or the policy of
insurance which became a part of it—which has been the uniform
holding of this court in many cases—we think the court's con-
struction of the pleadings was correct, and the judgment will
therefore be affirmed.

[1]Reported in 79 Pac. 1134.